UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAROL FABIO,<br><br>  Defendant. | **WAIVER OF INDICTMENT**<br><br>24 Cr. 481 |

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1960 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JAROL FABIO
Defendant

_____
Witness

_____
Lisa Scolari, Esq.
Attorney for Defendant

Dated: New York, New York
~~July~~ ___, 2024

August 13, 2024